

Moreno-Taxman
13CR155

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

JEFFREY W. FELDMAN,

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

2013 AUG 21 A 8: 27

JON W. SANFILIPPO
CLERK

**WARRANT FOR ARREST**

13-892 M (NJ)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JEFFREY FELDMAN,** and bring him forthwith to the nearest magistrate to answer a complaint charging him in violations of Title 18, United States Code, Sections 2252A and 2252(a)(5)(B).

__NANCY JOSEPH__
Name of Judicial Officer

__United States Magistrate Judge__
Title of Issuing Officer

_/s/ Nancy Joseph_
Signature of Issuing Officer

__August 13, 2013 at Milwaukee, Wisconsin__
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
                              Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 122 W. Greenfield, Milwaukee, Wisconsin. |

| DATE RECEIVED: 08/13/2013 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/13/2013 | Chadwick M Edgersara Supervisory Special Agent | _[signature]_ |

AO 442 (Rev. 5/85) Warrant for Arrest