

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

Federal Courthouse
517 E. Wisconsin Ave, Rm 530
Milwaukee WI 53202

(414)297-1700
Fax (414) 297-1738
www.justice.gov/usao/wie

August 27, 2013

Attorney Robin Shellow
Milwaukee, Wisconsin

Re: United States v. Jeffrey Feldman
Case No. 13-CR-155

Dear Counsel:

Enclosed are discovery materials for the above-referenced criminal matter.

To assist you in complying with the court's pretrial orders and the reciprocal discovery provisions in the local rules, this letter confirms that the United States will be following the discovery policy set forth in Criminal Local Rule 16 in this case. Although the local rules refer to this as an "open file" policy, due to concerns that the concept of the "file" can be imprecise, the United States now simply refers to the policy as its "open" or "expanded" discovery policy.

Pursuant to this policy, the United States will produce at least the following: (1) material discoverable under Rule 16; (2) exculpatory material discoverable pursuant to <u>Brady v. Maryland</u>, 378 U.S. 83 (1963), and its progeny; (3) Jencks material discoverable under 18 U.S.C. § 3500 (except grand jury testimony); and (4) reports of interviews with witnesses who will be called in the government's case in chief.

The discovery materials might <u>not</u> include: materials subject to a claim of privilege, such as the confidential informant's privilege; reports of interviews with witnesses who will not be called in the government's case-in-chief; documents and tangible objects which will not be introduced in the government's case-in-chief; and transcripts of the grand jury testimony of witnesses who will be called in the government's case-in-chief. These transcripts will be made available no later than 24 hours in advance of trial.

Sincerely,

JAMES L. SANTELLE
United States Attorney

By: *Karine Moreno-Taxman*

KARINE MORENO-TAXMAN
Assistant United States Attorney

Enclosures: CD-01 to CD-04 *(now CD-06)*



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

Federal Courthouse
517 E. Wisconsin Ave, Rm 530
Milwaukee WI 53202

(414)297-1700
Fax (414) 297-1738
www.justice.gov/usao/wie

August 29, 2013

Attorney Robin Shellow
Milwaukee, Wisconsin

Re:    United States v. Jeffrey Feldman
         Case No. 13-CR-155

Dear Counsel:

    Enclosed please find additional discovery materials for the above-referenced criminal case (CD-05).

                Sincerely,

                JAMES L. SANTELLE
                United States Attorney

By:    *Karine Moreno-Taxman*
             KARINE MORENO-TAXMAN
             Assistant United States Attorney

Enclosure: CD-05



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

Federal Courthouse                    *(414)297-1700*
517 E. Wisconsin Ave, Rm 530          *Fax (414) 297-1738*
Milwaukee WI 53202                    *www.justice.gov/usao/wie*

September 25, 2013

Attorney Robin Shellow
The Shellow Group
324 West Vine Street
Milwaukee, WI 53212

Re:    United States v. Jeffrey Feldman
       Case No. 13-CR-155

Dear Counsel:

Enclosed please find additional discovery materials for the above-referenced criminal case (CD-06).

Sincerely,

JAMES L. SANTELLE
United States Attorney

By:    *Karine Moreno-Taxman*

KARINE MORENO-TAXMAN
Assistant United States Attorney

Enclosure: CD-06

note: CD's 1-4 were combined to one CD (CD-06)



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

---

*Federal Courthouse*
*517 E. Wisconsin Ave, Rm 530*
*Milwaukee WI 53202*

*(414)297-1700*
*Fax (414) 297-1738*
*www.justice.gov/usao/wie*

October 1, 2013

TO BE PICKED UP

Attorney Robin Shellow
The Shellow Group
324 West Vine Street
Milwaukee, WI 53212

*KMT handed to mike @ approx 11:45 by elevator*

Re: United States v. Jeffrey Feldman
    Case No. 13-CR-155

Dear Counsel:

Enclosed please find additional discovery materials for the above-referenced criminal case:

| CD-07 | 09/13/2013 CD:  Reports of Examination<br>QMW1: Dell Inspiron 530<br>QMW2: Western Digital 3TB MyBook<br>QMW4:  Seagate 300GB HD<br>QMW5:  HTC Cell Phone<br>QMW17: Western Digital 3TB MyBook |
| --- | --- |
| CD-08 | 09/18/2013 CD:<br>QMW1: Dell Inspiron 530, Email |
| Report, 17 pages | 09/13/2013 Report to SA Brett Banner RE: Jeffery William Feldman; 11N1-Producer/Manufacturer/Trader of CP; ITOM-SEOC |

Sincerely,

JAMES L. SANTELLE
United States Attorney

By: *K. Moreno-Taxman/la*

KARINE MORENO-TAXMAN
Assistant United States Attorney

Enclosure: As indicated above



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

| | |
|---|---|
| *Federal Courthouse* | *(414)297-1700* |
| *517 E. Wisconsin Ave, Rm 530* | *Fax (414) 297-1738* |
| *Milwaukee WI 53202* | *www.justice.gov/usao/wie* |

October 16, 2013

TO BE PICKED UP

Attorney Robin Shellow
The Shellow Group
324 West Vine Street
Milwaukee, WI 53212

Re:  United States v. Jeffrey Feldman
    Case No. 13-CR-155

Dear Counsel:

Enclosed please find additional discovery materials for the above-referenced criminal case:

| CD-09 | 10/04/2013 CD:  Reports of Examination/Examiner Kolecheck<br>QMW6: Samsung SPH-M550<br>QMW14: Western Digital MyBook<br>QMW21:  Garmin Numvi 205<br>QMW22:  Sandisk 32MB Compact Flash |
|---|---|

Sincerely,

JAMES L. SANTELLE
United States Attorney

By:  *K. moreno-Taxma*

KARINE MORENO-TAXMAN
Assistant United States Attorney

Enclosure: As indicated above



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

Federal Courthouse                                    (414)297-1700
517 E. Wisconsin Ave, Rm 530                    Fax (414) 297-1738
Milwaukee WI 53202                              www.justice.gov/usao/wie

November 8, 2013

Via E-Mail

Attorney Robin Shellow
The Shellow Group
324 West Vine Street
Milwaukee, WI 53212

      Re:    United States v. Jeffrey Feldman
                Case No. 13-CR-155

Dear Counsel:

      Enclosed please find additional discovery materials for the above-referenced criminal case:

| | |
|---|---|
| 01_ | 4-page 302 dated October 18, 2013 |
| 02_ | 2-page Report of Examination dated September 30, 2012 |
| 03_ | October 10, 2013 Import Form |
| 04_ | 1-page 302 dated October 23, 2013 |
| 05_ | Redacted hash seize log |
| 06_ | Redacted possession log |
| 07_ | Redacted request log |
| 08_ | 1-page Hash Value Reference Chart 1 |
| 09_ | 1-page Hash Value Reference Chart 2 |

      A letter of explanation as to this discovery and your discovery requests will follow.

                            Sincerely,

                            JAMES L. SANTELLE
                            United States Attorney

              By:

                            KARINE MORENO-TAXMAN

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

---

Federal Courthouse
517 E. Wisconsin Ave, Rm 530
Milwaukee WI 53202

(414)297-1700
Fax (414) 297-1738
www.justice.gov/usao/wie

December 20, 2013

Attorney Robin Shellow
The Shellow Group
324 West Vine Street
Milwaukee, WI 53212

　　　　Re:　　United States v. Jeffrey Feldman
　　　　　　　Case No. 13-CR-155

Dear Counsel:

　　　　Enclosed please find additional discovery materials for the above-referenced criminal case:

| CD-10 | 11/15/2013 CD:  Reports of Examination/Examiner Kolecheck |
|---|---|
| | QMW3: Western Digitil 2TB MyBook |
| | QMW7: Western Digital 2TB MyBook |
| | QMW12: Western Digital 2TB MyBook |
| | QMW13: Western Digital 2TB MyBook |
| | QMW18:  Maxtor 320GB Black |
| | QMW18:  Maxtor 320GB Black |

　　　　　　　　　　Sincerely,

　　　　　　　　　　JAMES L. SANTELLE
　　　　　　　　　　United States Attorney

　　　　　　By:　　*K. Moreno-Taxman*

　　　　　　　　　　KARINE MORENO-TAXMAN
　　　　　　　　　　Assistant United States Attorney

Enclosure: As indicated above