# Pruhs & Donovan, S.C.

Martin J. Pruhs  
Christopher D. Donovan

757 North Broadway – 4th Floor  
Milwaukee, Wisconsin 53202  
Tel: (414) 221-1950  
Fax: (414) 221-1959

29 May 2014

Honorable Lynn Adelman  
Federal Courthouse  
517 East Wisconsin Avenue  
Milwaukee, Wisconsin 53202

Honorable Aaron E. Goodstein  
Federal Courthouse  
517 East Wisconsin Avenue  
Milwaukee, Wisconsin 53202

      Re: Wisconsin Eastern District Case No. 13-CR-155  
         United States v. Jeffrey Feldman

Your Honors,

Mr. Feldman informs the Court and the Government that under Fed. R. Crim. P. 11(d)(1) that he is unable to proceed with the scheduled guilty plea currently set for June 13th, 2014 at 10:30 a.m. in front of Judge Adelman, and hereby withdraws from the plea agreement (Docket Entry 40). Mr. Feldman asks that the motions he filed be set back on the calendar before Judge Goodstein at the convenience of the parties so that they can be decided (Docket Entries 25, 26, 27, 30, 33 and 34). Please do not hesitate to contact undersigned counsel with any further questions or concerns regarding this matter.

                /s/ _____  
                Chris Donovan  
                Robin Shellow  
                Attorneys for Jeffrey Feldman

CC: Karine Moreno-Taxman via ECF  
    Jeffrey Zeeman via ECF  
    Richard Frohling via ECF