**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  **v.**                                                         **Case No. 13-CR-155**

**JEFFREY FELDMAN**
       **Defendant.**

---

## **ORDER**

**IT IS ORDERED** that the change of plea hearing set for June 13, 2014, is canceled, and this matter is referred to Magistrate Judge Goodstein for further action on the pending motions.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2014.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge