# Pruhs & Donovan, S.C.

Martin J. Pruhs  
Christopher D. Donovan

757 North Broadway – 4th Floor  
Milwaukee, Wisconsin 53202  
Tel: (414) 221-1950  
Fax: (414) 221-1959

4 June 2014

Honorable Aaron E. Goodstein  
Federal Courthouse  
517 East Wisconsin Avenue  
Milwaukee, Wisconsin 53202

                Re:     Wisconsin Eastern District Case No. 13-CR-155  
                        United States v. Jeffrey Feldman

Your Honor,

In Mr. Feldman's motion to compel disclosure of RoundUp (Docket Entry 25), he asserted that if RoundUp "accessed, searched, or trespassed on areas of Mr. Feldman's computer" that he may have a valid warrantless search motion to pursue under both a reasonable expectation of privacy theory and under a trespass theory. *See id*. at 11, citing *Katz v. United States*, 389 U.S. 347 (1967) and *United States v. Jones*, 132 S. Ct. 945 (2012).

Mr. Feldman has discovered additional authority supporting the notion that electronic signals generated and sent by a computer are sufficiently physically tangible to support a trespass cause of action. *See CompuServe, Inc. v. Cyber Promotions, Inc.*, 962 F.Supp. 1015, 1021 (S.D. Ohio 1997), citing *Thrifty-Tel, Inc. v. Bezenek*, 46 Cal.App.4th 1559, 1567, n. 6 (1996). *Jones* held that a trespass, combined with the purpose to seek information, constitutes a search for which a warrant must be obtained. *See Jones* at 949 and 951, n. 5. Because all indications are that RoundUp made contact with Mr. Feldman's computer with the purpose of obtaining all sorts of information from it (for example, see Docket Entry 25 at 12-14), RoundUp must be ordered disclosed so that Mr. Feldman can adequately discern whether a warrantless search motion lies.

                                                  /s/ _____  
                                                  Chris Donovan  
                                                  Robin Shellow  
                                                  Attorneys for Jeffrey Feldman

CC:    Karine Moreno-Taxman via ECF  
          Jeffrey Zeeman via ECF  
          Richard Frohling via ECF