# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                              Case No. 13-CR-155

**JEFFREY FELDMAN**
    **Defendant.**

## ORDER

**IT IS ORDERED** that defendant may file a reply to the government's response to his objections on or before **November 10, 2014**.

Dated at Milwaukee, Wisconsin, this 17th day of October, 2014.

                            /s Lynn Adelman
                            _____
                            LYNN ADELMAN
                            District Judge