# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                        Case No. 13-CR-155

JEFFREY W. FELDMAN

## ORDER FOR RETURN OF BAIL

Upon the application of Jeffrey W. Feldman;

**IT IS ORDERED** that the Clerk of Court return to: Attorney Christopher Donovan, 757 N. Broadway #401, Milwaukee, WI 53202, the sum of $100,000.00 deposited in the registry as bail for the defendant.

Dated August 17th, 2015 at Milwaukee, Wisconsin.

                                                     s/Lynn Adelman
                                                   LYNN ADELMAN
                                                   US District Judge